**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Steven J. MERCADEL, Defendant–Appellant.**

**No. 09–30900**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 12, 2010.

William James Quinlan, Jr., Esq, Assistant U.S. Attorney, Diane Hollenshead Copes, Assistant U.S. Attorney, Stephen Andrew Higginson, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Robin Elise Schulberg, Assistant Federal Public Defender, George Chaney, Jr., Federal Public Defender's Office, Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Defendant–Appellant Merca-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

del has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mercadel has filed responses to the motion. The record is insufficiently developed to allow consideration at this time of Mercadel's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Mercadel's responses discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.